FORM 9A. Notice of Related Case Information  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1663

**Short Case Caption** Stupp Corporation v. US

**Filing Party/Entity** IPSCO TUBULARS, INC., MAVERICK TUBE CORPORATION

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Prior case: Stupp Corporation v. United States, Case Number 20-1857; Originating tribunal: U.S. Court of International Trade.

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> STUPP CORPORATION, a Division of Stupp Bros., Inc.
> WELSPUN TUBULAR LLC USA
> IPSCO TUBULARS, INC.
> MAVERICK TUBE CORPORATION
> UNITED STATES
> HYUNDAI STEEL COMPANY
> SEAH STEEL CORP.

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Jeffrey M. Winton, Michael J. Chapman (Winton & Chapman PLLC)
>
> Gregory J. Spak, Kristina Zissis, Frank J. Schweitzer, Matthew W. Solomon (White & Case LLP)
>
> Elizabeth Anne Speck, Robert R. Kiepura, Claudia Burke, Jeffrey B. Clark, Sr., Jeanne Davidson (U.S. Department of Justice)
>
> Reza Karamloo (U.S. Department of Commerce)

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/10/2023            Signature: /s/ Gregory J. Spak

                            Name: Gregory J. Spak

# CERTIFICATE OF SERVICE

## Stupp Corporation v. US
## CAFC Court No. 23-1663

I hereby certify that on April 10, 2023, Plaintiff-Appellees, Maverick Tube Corporation and IPSCO Tubulars Inc.'s Notice of Related Case Information was served upon all parties by operation of the Court's electronic filing system.

/s/ Gregory J. Spak
Gregory J. Spak
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600