NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STUPP CORPORATION, a Division of Stupp Bros., Inc., IPSCO TUBULARS INC., MAVERICK TUBE CORPORATION,**
*Plaintiffs*

**WELSPUN TUBULAR LLC USA,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**HYUNDAI STEEL COMPANY,**
*Defendant*

**SEAH STEEL CORP.,**
*Defendant-Appellant*

---

2023-1663

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00334-CRK, 1:15-cv-00336-CRK, and 1:15-cv-00337-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

Before CUNNINGHAM, *Circuit Judge*.

# O R D E R

The amici[*] move for leave to submit a brief amici curiae in support of the appellant and separately move with consent to file that amici motion one day out-of-time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. ECF No. 46-2 is accepted for filing.

FOR THE COURT

August 28, 2023                                   /s/ Jarrett B. Perlow
       Date                                       Jarrett B. Perlow
                                                  Clerk of Court

---

[*] The amici are: Government of Canada, Canfor Corporation, Canadian Forest Products, Ltd., Canfor Wood Products Marketing, Ltd., J.D. Irving, Limited, Resolute FP Canada Inc., Tolko Industries Ltd., Tolko Marketing and Sales Ltd., and West Fraser Mills Ltd.