Case No. 2023-1663

BEFORE THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STUPP CORPORATION, A DIVISION OF STUPP BROS, INC.,
IPSCO TUBULARS, INC., MAVERICK TUBE CORPORATION,

*Plaintiffs,*

WELSPUN TUBULAR LLC USA,

*Plaintiff-Appellee*

v.

UNITED STATES,

*Defendant-Appellee,*

HYUNDAI STEEL COMPANY,

*Defendant,*

SEAH STEEL CORP.,

*Defendant-Appellant*

APPEAL FROM THE U.S. COURT OF INTERNATIONAL TRADE
IN CASE NOS. 15-CV-00334, 15-CV-00336, AND 15-CV-00337,
JUDGE CLAIRE R. KELLY

NOTICE OF REMOVAL OF
NON-LEAD ATTORNEYS FOR SEAH STEEL CORPORATION

*Submitted by*
Jeffrey M. Winton
WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, D.C. 20005
(202) 774-5500

Attorney for SeAH Steel Corporation

January 29, 2025

NOTICE OF REMOVAL OF NON-LEAD ATTORNEYS FOR
SEAH STEEL CORPORATION

This notice is submitted on behalf of Defendant-Appellant SeAH Steel Corporation ("SeAH") in the above-captioned appeal to inform the court that attorneys Jooyoun Jeong and Ruby Rodriguez are no longer serving as counsel for SeAH. As a result, SeAH respectfully requests that Ms. Jeong and Ms. Rodriguez be removed from the docket of this appeal.

    Respectfully submitted,

    /s/Jeffrey M. Winton

    Jeffrey M. Winton

    WINTON & CHAPMAN PLLC
    1100 13th Street, N.W., Suite 825
    Washington, D.C. 20005
    (202) 774-5500

    Attorney for SeAH Steel Corporation

January 29, 2025